```
                            United States Bankruptcy Court
                              Northern District of Ohio
Corzin,
         Plaintiff                                             Adv. Proc. No. 18-05059-amk

Beynon,
         Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-5          User: bhemi            Page 1 of 1           Date Rcvd: Oct 23, 2018
                              Form ID: pdf706        Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
```
dft            +American Metal and Wood Salvage, Inc.,    c/o Christina T. Beynon,    177 N. Pershing Avenue,
                 Akron, OH 44313-6232
dft            +Christina T. Beynon,    177 N Pershing Avenue,    Akron, OH 44313-6232
pla            +Harold A. Corzin,    304 N. Cleveland-Massillon Road,    Akron, OH 44333-9302
dft             Internal Revenue Ser United States of America,    Office of the United States Attorney,
                 Attn: Bankruptcy Section,    Carl B. Stokes United States Court House,
                 801 West Superior Avenue, Suite 400,    Cleveland, OH  44113-1852
dft            +United States of America,    Internal Revenue Service,    Insolvency Group 6,
                 1240 East Ninth Street Room 493,    Cleveland, OH 44199-9904
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
dft             E-mail/Text: cio.bncmail@irs.gov Oct 23 2018 22:58:34
                 United States of America Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA  19101-7346
                                                                                               TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft*           ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   United States of America, Internal Revenue Service,
                 U.S. Department of Justice, Tax Division,    Box 55, Ben Franklin Station,
                 Washington, DC  20044)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
```
              Harold A. Corzin    hcorzin@csu-law.com,    ccorzin@aol.com;oh32@ecfcbis.com
              Michael J. Moran    on behalf of Plaintiff Harold A. Corzin mike@gibsonmoran.com,
               moranecf@gmail.com;r55982@notify.bestcase.com
              Suzana Krstevski Koch    on behalf of Defendant Internal Revenue Ser   United States of America
               suzana.koch@usdoj.gov,    susan.lowe@usdoj.gov
                                                                                              TOTAL: 3
```

This document was signed electronically on October 23, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: October 23, 2018



_____
ALAN M. KOSCHIK
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | |
|---|---|
| IN RE: | ) CASE NO. 17-51636 |
| | ) |
| CHRISTINA T. BEYNON | ) ADVERSARY NO. 18-5059 |
| | ) |
| Debtor | ) IN PROCEEDINGS UNDER CHAPTER 7 |
| | ) |
| HAROLD A. CORZIN, TRUSTEE | ) JUDGE ALAN M. KOSCHIK |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CHRISTINA T. BEYNON, et al. | ) |
| | ) ORDER GRANTING |
| Defendants | ) DEFAULT JUDGMENT |

This cause came on for consideration upon the motion for entry of default judgment in favor of the plaintiff and against the defendants, American Metal and Wood Salvage, Inc. and Christina T. Beynon, and it appearing to the Court that said defendants, did fail to plead or otherwise defend the complaint of the plaintiff within the time period afforded it by law and that entry of default was thereupon entered by the Clerk of this Court and that, as a consequence, the allegations of the plaintiff's complaint are deemed admitted as to said defendants, and it further appearing to the Court that the plaintiff has sought a determination that the United States of America Internal Revenue

Service and Harold A. Corzin as trustee for the estate of Christina T. Beynon have interests in a certain account receivable check payment in the sum of $24,482.10 superior to any interest of the defendants, American Metal and Wood Salvage, Inc. or Christina T. Beynon, it is therefore

ORDERED that the interests of the United States of America Internal Revenue Service and Harold A. Corzin as trustee for the estate of Christina T. Beynon in said account receivable check be and they hereby are superior to the interests of the defendants, American Metal and Wood Salvage, Inc. and Christina T. Beynon.

###

Submitted by:

GIBSON & MORAN LLC

/s/ Michael J. Moran
Michael J. Moran           (#0018869)
Attorney for Harold A. Corzin, Trustee
234 Portage Trail, P.O. Box 535
Cuyahoga Falls, OH 44221
(330) 929-0507
(330) 929-6605 - Fax
mike@gibsonmoran.com

Approved by:

/s/ Suzana Krstevski Koch
Suzana Krstevski Koch      (#0073743)
Attorney for United States of America
Internal Revenue Service
Office of the United States Attorney
Northern District of Ohio
U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3748
suzana.koch@usdoj.gov

PARTIES TO BE SERVED ELECTRONICALLY:

United States Trustee

Michael J. Moran, on behalf of Harold A. Corzin, Trustee, mike@gibsonmoran.com

Harold A. Corzin, Trustee, hcorzin@csu-law.com

Suzana Krstevski Koch, on behalf of United States of America Internal Revenue Service, suzana.koch@usjdoj.gov

PARTIES TO BE SERVED BY REGULAR U.S. MAIL:

American Metal and Wood Salvage, Inc.
c/o Christina T. Beynon
177 N. Pershing Avenue
Akron, OH 44313

Christina T. Beynon
177 N Pershing Avenue
Akron, OH 44313